CHARLES D. MAY, ESQ.; STATE BAR NO.: 129663
GENE B. SHARAGA, ESQ.; STATE BAR NO.: 131661
BRIAN J. KIM, ESQ.; STATE BAR NO.: 282538

**THARPE & HOWELL, LLP**
15250 Ventura Blvd., Ninth Floor
Sherman Oaks, California 91403
(818) 205-9955; (818) 205-9944 fax
E-Mail: cmay@tharpe-howell.com
E-Mail: gsharaga@tharpe-howell.com
E-Mail: bkim@tharpe-howell.com

Attorneys for Defendants,
LOWE'S HOME CENTERS, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM HUNTSMAN,<br><br>          Plaintiff,<br><br>vs.<br><br>LOWE'S HOME IMPROVEMENT, and DOES 1 TO 50, INC.,<br><br>          Defendants. | CASE NO.: 2:13-CV-02507-TLN-DAD<br><br>(San Joaquin County Superior Court Case No.: 39-2013-00301393-CU-PO-STK)<br><br>**ORDER GRANTING PARTIES' STIPULATION TO CONTINUE DISCOVERY CUT-OFF PERIOD**<br><br>**Honorable Troy L. Nunley**<br>**Unites States District Court Judge** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the Court has reviewed and considered the parties' Stipulation to Continue Discovery Cut-Off Period and makes the following findings:

**GOOD CAUSE HAVING BEEN SHOWN**, it is hereby **ORDERED** that the discovery cut-off period currently set for December 24, 2014 is continued to January 30, 2015. All other dates to remain unchanged.

**IT IS SO ORDERED.**

Dated: December 16, 2014

_____
Troy L. Nunley
United States District Judge