THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM HUNTSMAN,<br><br>          Plaintiff,<br><br>vs.<br><br>LOWE'S HOME IMPROVEMENT, and DOES 1 TO 50, INC.,<br><br>          Defendants. | CASE NO.: 2:13-CV-02507-TLN-DAD<br><br>(San Joaquin County Superior Court Case No.: 39-2013-00301393-CU-PO-STK)<br><br>**ORDER ON DEFENDANT'S EX PARTE APPLICATION TO COMPEL THE DEPOSITION OF DR. WILLIAMS-BLACK** |

The Court having read and considered Defendant LOWE'S HOME CENTERS, LLC'S *Ex Parte* Application for an Order Compelling the Deposition of Dr. Williams-Black, the application and the arguments of counsel, and good cause appearing therefrom, it is hereby ORDERED that the *ex parte* application is GRANTED.

Dated: March 4, 2015

_____
Troy L. Nunley
United States District Judge